### BARCLAY v. BARCLAY. (No. 7725.)

(Supreme Court, Appellate Division, First Department. November 5, 1915.)

1. DISCOVERY &=84—RIGHT TO INSPECT BOOKS AND PAPERS.
    Where plaintiff had a special property in the subject-matter of the litigation, she was entitled to examine the defendant's books of account, and was not called upon to accept his conclusion as to the result which such an examination would disclose.

    [Ed. Note.—For other cases, see Discovery, Cent. Dig. § 108; Dec. Dig. &=84.]

2. DISCOVERY ☞99—ORDER FOR EXAMINATION OF BOOKS AND PAPERS.

An order for the examination of books and papers should be drawn to interfere as little as possible with the conduct of the business.

[Ed. Note.—For other cases, see Discovery, Cent. Dig. § 132; Dec. Dig. ☞99.]

Appeal from Special Term, New York County.

Action by Clara S. Barclay, trustee, against Reginald G. Barclay. From an order denying her motion for discovery and inspection of books and papers, plaintiff appeals. Order reversed, and motion granted.

See 155 N. Y. Supp. 221.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGH-LIN, CLARKE, and SCOTT, JJ.

D. Cady Herrick, of Albany, for appellant.
Chester A. Jayne, of New York City, for respondent.

PER CURIAM. [1, 2] We are of the opinion that, in view of plaintiff's special property in the subject-matter of this litigation, she is entitled to an examination of defendant's books of account, and that she is not called upon to accept the defendant's conclusion as to the results which such an examination would disclose. The order should be so drawn as to interfere as little as possible with the conduct of the business, and to that end will be settled on notice.

The order appealed from is reversed, with $10 costs and disbursements, and motion granted. Settle order on notice.